

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2014

No. 04-14-00102-CV

**IN THE INTEREST OF J.R.I., A CHILD,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2008-PA-01527
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file brief is hereby GRANTED. Time is extended to May 5, 2014. No further extension of time will be granted.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2014.

_____
Keith E. Hottle
Clerk of Court